Stacy Elizabeth LEE, Plaintiff–
Appellant,

v.

MARYLAND DEPARTMENT OF PUB-
LIC SAFETY AND CORRECTIONAL
SERVICES, Defendant–Appellee,

and

William Smith; Quinnie Matthews; Sol-
omon Hejerika; Anthony Osandu;
Sergeant Keenan, Patuxent Institu-
tion; Stuart O. Sims, Secretary, Divi-
sion of Corrections, Department of
Public Safety and Transportation,
State of Maryland, Defendants.

No. 01–2375.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.

Stacy Elizabeth Lee, Pro Se. Scott Sheldon Oakley, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Stacy Elizabeth Lee appeals from the district court's order denying her motion for reconsideration of the dismissal of her action for failure to comply with Md. Local R. 106. We have reviewed the record and the district court's opinion and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. *Lee v. Maryland Dep't of Public Safety & Corr. Servs.*, No. CA–98–2825–MJG (D.Md. Oct. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*